

SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1    CHRISTOPHER CHIOU
     Acting United States Attorney
2    District of Nevada
     Nevada Bar #14853
3    SUPRIYA PRASAD
     Assistant United States Attorneys
4    501 Las Vegas Blvd. South, Suite 1100
     Las Vegas, Nevada 89101
5    Phone: (702) 388-6336
     Supriya.Prasad@usdoj.gov
6    Attorneys for the United States of America

```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                           COUNSEL/PARTIES OF RECORD

                        FEB 1 8 2022

                 CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
          BY: _____ DEPUTY
```

7              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9    UNITED STATES OF AMERICA,            Case No.   2:22-mj-00136-DJA

10                          PLAINTIFF,    APPLICATION TO SEAL
     V.
11                                        (UNDER SEAL)
     TORI MANGUM,
12
                            DEFENDANT.
13

14          The United States of America, by and through CHRISTOPHER CHIOU, Acting

15   United States Attorney, and Supriya Prasad, Assistant United States Attorney, respectfully

16   move this Honorable Court for an Order sealing the Complaint, Probable Cause Affidavit,

17   Arrest Warrant, AO257, this Application, and the Court's Sealing Order, in the above-

18   captioned matter, until such time as this Honorable Court, or another Court of competent

19   jurisdiction, shall order otherwise.

20          Pursuant to LR IA 10-5, the Government requests that the accompanying Complaint in

21   this case be filed under seal. *See generally*, Fed. R. Crim. P. 6(e)(4) (permitting for the sealing of

22   an indictment); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982) (supporting the

23   sealing of a search warrant when there is reasonable cause to believe that providing immediate

24   notification may have adverse results); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F.2d

                                           1

1   1256 (9th Cir. 1979) (same); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975) (same). In this

2   case, such an order would be appropriate because the Complaint and Affidavit relate to an

3   ongoing criminal investigation into violation(s) of Title 18, United States Code, Section

4   1073(1), that is neither public nor known to all of the targets of the investigation and its

5   disclosure may alert the targets to the ongoing investigation and pending arrest warrant. Public

6   disclosure of the information in the Complaint might possibly jeopardize the investigation

7   because Defendant is believed to be in contact with additional potential witnesses and/or

8   victims. Although Defendant is generally aware of the investigation and has spoken with

9   investigators, she is unaware federal charges are being sought against her. If she were to learn of

10  the charges via an unsealed Complaint, she may direct the destruction of potential evidence or

11  notify confederates, or both. Accordingly, there is reason to believe that disclosure of the

12  information will jeopardize the investigation, including by giving targets an opportunity to

13  destroy or tamper with evidence, change patterns of behavior, or notify confederates.

14

15          DATED this 18th day of February 2022.

16

17                                          Respectfully submitted,

18                                          CHRISTOPHER CHIOU
                                            United States Attorney

19

20                                          _____

21                                          SUPRIYA PRASAD
                                            Assistant United States Attorney

22

23

24

                                            2

1
2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,               Case No.  2:22-mj-00136-DJA

4
                        PLAINTIFF,       ORDER TO SEAL
V.
5
                                         (UNDER SEAL)
TORI MANGUM,
6
                        DEFENDANT.
7

8          Based on the pending Application of the Government, and good cause appearing

9    therefore, **IT IS HEREBY ORDERED** that the Complaint, the Probable Cause Affidavit,

10   Arrest Warrant, AO257, the Government's Application, and this Court's Sealing Order, in the

11   above-captioned matter shall be sealed until further Order of the Court.

12         IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District

13   Court for the District of Nevada must release the sealed complaint to the CJA Panel Resource

14   Attorney, who may use the information in the sealed complaint for the sole purpose of securing

15   defense counsel in a timely manner.

16

17   DATED this 18th day of February 2022.

18

19

20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

3