

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
supriya.prasad@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORI MANGUM, a.k.a. TORI MAGNUM,<br><br>Defendant. | Case No. 2:22-mj-00136-DJA<br><br>**Motion to Unseal** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Complaint because defendant is in state custody and has become aware of the federal investigation against her.

DATED this 1st day of March, 2022.

                                               Respectfully,

                                               CHRISTOPHER CHIOU
                                               Acting United States Attorney

                                               */s/ Supriya Prasad*
                                               SUPRIYA PRASAD
                                               Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORI MANGUM, a.k.a. TORI MAGNUM,<br><br>Defendant. | Case No. 2:22-mj-00136-DJA<br><br>**Order to Unseal** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 2nd day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE